JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Quentin Armstrong*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:19-cr-00133-APG-VCF |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING** |
| QUENTIN ARMSTRONG, | (Second Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by QUENTIN ARMSTRONG, by and through his attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through KEVIN D. SCHIFF, ESQ., Assistant United States Attorney, that the change of plea hearing currently scheduled for February 3, 2021, be vacated and continued for not fewer than 60 days to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. Due to safety issues and closures related to the coronavirus, COVID-19, the parties request that the change of plea hearing in this matter be continued. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Although Temporary General Order 2020-05 provides limited circumstances in which a change of plea hearing may be conducted via video conference, the parties in this case submit that the interests of justice will be best served by continuing the change of plea hearing in this case. On December 18, 2020,

       the Chief Judge extended Temporary General Order 2020-05 until March 29, 2021.

2. Defense Counsel for Defendant Armstrong has spoken with his client, who is in custody, and Mr. Armstrong does not oppose the continuance.

3. Defense Counsel has spoken to Assistant United States Attorney, Kevin D. Schiff, and the Government has no objection to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. Pursuant to Temporary General Order 2020-03, the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

DATED: January 28, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ James A. Oronoz* | */s/ Kevin D. Schiff* |
| James A. Oronoz, Esq. | Kevin D. Schiff, Esq. |
| Oronoz & Ericsson, LLC | Assistant United States Attorney |
| 1050 Indigo Drive, Suite 120 | 501 Las Vegas Blvd. South, Suite 1100 |
| Las Vegas, Nevada 89145 | Las Vegas, Nevada 89101 |
| *Attorney for Quentin Armstrong* | *Attorney for the United States of America* |

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Quentin Armstrong*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>         vs.<br><br>QUENTIN ARMSTRONG,<br>         Defendant. | CASE NO: 2:19-cr-00133-APG-VCF<br><br>**ORDER**<br><br>(Second Request) |

**FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Due to safety issues and closures related to the coronavirus, COVID-19, the parties request that the change of plea hearing in this matter be continued. On March 19, 2020, the Chief Judge of the United States District Court for the District of Nevada issued Temporary General Order 2020-04, which stressed the need to eliminate in-person court appearances. Although Temporary General Order 2020-05 provides limited circumstances in which a change of plea hearing may be conducted via video conference, the parties in this case submit that the interests of justice will be best served by continuing the change of plea hearing in this case. On December 18, 2020, the Chief Judge extended Temporary General Order 2020-05 until March 29, 2021.

2. Defense Counsel for Defendant Armstrong has spoken with his client, who is in custody, and Mr. Armstrong does not oppose the continuance.

3. Defense Counsel has spoken to Assistant United States Attorney, Kevin D. Schiff, and the Government has no objection to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. Pursuant to Temporary General Order 2020-03, the additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

## CONCLUSION OF LAW

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for his change of plea hearing, taking into account the exercise of due diligence.

The continuance sought herein is excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A), considering the factors under Title 18, United States Code §§ 3161(h)(7)(B)(i) and 3161(h)(7)(B)(iv).

**ORDER**

IT IS THEREFORE ORDERED that the change of plea hearing currently scheduled for February 3, 2021, at the hour of 3:00 p.m., be vacated and continued to the 14th day of April, 2021, at the hour of 2:00 p.m. in Las Vegas Courtroom 6C.

DATED AND DONE this 28th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE