JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Quentin Armstrong*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 2:19-cr-00133-APG-VCF |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE SENTENCING HEARING AS TO QUENTIN ARMSTRONG** |
| vs. | |
| QUENTIN ARMSTRONG, | (First Request) |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by QUENTIN ARMSTRONG, by and through his attorney, JAMES A. ORONOZ, ESQ., and the United States of America, by and through MELANEE SMITH, ESQ., Assistant United States Attorney, that the sentencing hearing currently scheduled for July 21, 2021, at 2:30 p.m., be vacated and continued for not fewer than 60 days to a date and time that is convenient to this Honorable Court. The request for a continuance is based upon the following:

1. Defense Counsel for Defendant Armstrong has spoken with his client, who is in custody, and Mr. Armstrong does not oppose the continuance.

2. Defense Counsel has spoken to Assistant United States Attorney, Melanee Smith, and the Government has no objection to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

1

4. Time is sought because additional preparation for sentencing is required.

5. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

6. Additionally, denial of this request for continuance could result in a miscarriage of justice.

DATED: July 12, 2021

Respectfully submitted,

*/s/ James A. Oronoz*
James A. Oronoz, Esq.
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
*Attorney for Quentin Armstrong*

*/s/ Melanee Smith*
Melanee Smith, Esq.
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
*Attorney for the United States of America*

JAMES A. ORONOZ, ESQ.
Nevada Bar No. 6769
Oronoz & Ericsson, LLC
1050 Indigo Drive, Suite 120
Las Vegas, Nevada 89145
Telephone: (702) 878-2889
Facsimile: (702) 522-1542
jim@oronozlawyers.com

*Attorney for Quentin Armstrong*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>         Plaintiff,<br><br>vs.<br><br>QUENTIN ARMSTRONG,<br>         Defendant. | CASE NO: 2:19-cr-00133-APG-VCF<br><br>**ORDER**<br><br>(First Request) |

## **FINDINGS OF FACT**

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds:

1. Defense Counsel for Defendant Armstrong has spoken with his client, who is in custody, and Mr. Armstrong does not oppose the continuance.

2. Defense Counsel has spoken to Assistant United States Attorney, Melanee Smith, and the Government has no objection to the continuance.

3. The additional time requested herein is not sought for purposes of delay.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

5. Time is sought because additional preparation for sentencing is required.

3

6. The additional time requested by this Stipulation to Continue Sentencing is reasonable pursuant to Fed.R.Crim.P. 32(b)(2), which states that the "court may, for good cause, change any time limits prescribed by this rule."

7. Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for his sentencing hearing, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for July 21, 2021, at the hour of 2:30 p.m., be vacated and continued to the 6th day of October, 20 21 , at the hour of 1:30 p.m. in Courtroom 6C.

DATED AND DONE this 12th day of July, 2021.

_____
UNITED STATES DISTRICT JUDGE

4